IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>THEO SUMMERS BUFFALO BULLTAIL,<br><br>Defendant. | CR 23-89-BLG-SPW<br><br>ORDER |

Upon the United States' Unopposed Motion to Extend the United States' Response Deadline (Doc. 18), and for good cause appearing,

**IT IS HEREBY ORDERED** that the United States' motion is **GRANTED**. The deadline for the United States to respond to Defendant's Motion to Sever is extended up to and including **December 18, 2023.**

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 21st day of November, 2023.

SUSAN P. WATTERS
United States District Judge